VASQUEZ

v.

STATE.

No. 0322–89.

Court of Criminal Appeals of Texas, En Banc.

March 18, 1992.

Rehearing Denied April 29, 1992.

On appellants' petitions for discretionary review: judgment of the court of appeals reversed: cause remanded to the trial court for entry of an order of acquittal.

BAIRD, J., concurs in the result.

McCORMICK, P.J., and MILLER and WHITE, JJ., dissent.

BENAVIDES, J., not participating.